STATE v. RIERA

No. 89 PC.

Case below:  6 N.C. App. 381.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 10 December 1969.

TRUST CO. v. INSURANCE CO.

No. 87 PC.

Case below:  6 N.C. App. 277.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 9 December 1969.